```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


COMARK COMMUNICATIONS, LLC,  )
        Plaintiff            )
                             )
                v.           )  C.A. NO. 13-cv-30183-MAP
                             )
ANYWAVE, LLC, ET AL.,        )
        Defendants           )
```

**MEMORANDUM AND ORDER REGARDING**
**REPORT AND RECOMMENDATION WITH REGARD TO**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
(Dkt. Nos. 18 & 40)

May 19, 2014

PONSOR, U.S.D.J.

Having reviewed the substance of Magistrate Judge David H. Hennessy's Report and Recommendation dated April 24, 2014 and finding it meritorious, and noting that there is no objection, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 40). Based upon this, Plaintiff's Motion for Preliminary Injunction (Dkt. No. 18) is hereby DENIED without prejudice.

It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                U. S. District Judge